**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

LESTER SMITH, III                                                                                                            PLAINTIFF
REG. #03957-095

V.                                           NO: 2:12CV00142 SWW/HDY

JOHNNY PAXTON *et al.*                                                                                             DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against Defendant John Doe are DISMISSED WITHOUT PREJUDICE, and Doe's name is removed as a party Defendant.

DATED this 14th day of August, 2012.

                                                                                                        /s/Susan Webber Wright
                                                                                                        UNITED STATES DISTRICT JUDGE